3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 24-00040-SSS (AS) | Date | April 17, 2024 |
|---|---|---|---|
| Title | *Sultana Ilena Vargas Bey v. San Bernadino County, et. al..* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On March 6, 2024, the Court issued an Order dismissing Plaintiff's Complaint with leave to amend. (Dkt. No. 7). Plaintiff was directed to file a First Amended Complaint within thirty days of the Court's Order. [1] . Id. at 65. Plaintiff was "explicitly cautioned that failure to timely file a First Amended Complaint . . . may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders." Id. at 66.

To date, Plaintiff has failed to file a First Amended Complaint or seek an extension of time to do so. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE, in writing, no later than May 8, 2024,** why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a First Amended Complaint that complies with the Court's March 6, 2024 Order or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a First Amended Complaint.

If Plaintiff no longer wishes to pursue this action, she may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). A notice of dismissal form is attached for Plaintiff's convenience.

Plaintiff is warned that a failure to timely respond to this Order **will** result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.

---

[1] Since April 6, 2024 is a Saturday, Plaintiff was required to file a First Amended Complaint no later than the next court day, April 8, 2024.

3-04069TED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 24-00040-SSS (AS) | Date | April 17, 2024 |
|---|---|---|---|
| Title | *Sultana Ilena Vargas Bey v. San Bernadino County, et. al..* | | |

**IT IS SO ORDERED.**

cc:   Sunshine Suzanne Sykes
      United States District Judge

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | |