UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SULTANA ALIENA VARGAS BEY,<br><br>                Petitioner,<br><br>    v.<br><br>SAN BERNARDINO COUNTY, et al.<br><br>                Defendant. | Case No. EDCV 24-00040-SSS (AS)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of a United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

      **IT IS ORDERED** that Judgment shall be entered dismissing this action with prejudice.

| | |
|---|---|
| 1 | **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order |
| 2 | and the Magistrate Judge's Report and Recommendation on Plaintiff. |
| 3 | |
| 4 | DATED: August 5, 2024 |
| 5 | |
| 6 | SUNSHINE S. SYKES<br>United States District Judge |