JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SULTANA ALIENA VARGAS BEY,<br><br>Plaintiff,<br><br>v.<br><br>SAN BERNARDINO COUNTY et al.,<br><br>Defendant. | Case No. EDCV 24-0040-SSS (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge **IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

DATED: August 5, 2024

_____
SUNSHINE S. SYKES
United States District Judge

-1-